# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY PASCHAL**  **PLAINTIFF**
**ADC #610385**

v.   Case No. 4:20-cv-00126-KGB-BD

**ALVINESS PETTERSON, JR.**
**Guard, Wrightsville Unit,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 17). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 17). Accordingly, the Court dismisses plaintiff Gregory Paschal's claims against defendant Aviness Petterson, Jr., without prejudice based on his failure to serve Mr. Petterson within the time allotted by the Federal Rules of Civil Procedure. The Clerk is directed to close this case.

It is so ordered this 16th day of February, 2021.

Kristine G. Baker
United States District Judge