# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY PASCHAL**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #610385**

v.　　　　　　　　Case No. 4:20-cv-00126-KGB-BD

**ALVINESS PETTERSON, JR.**
**Guard, Wrightsville Unit,** *et al.*　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gregory Paschal's complaint is dismissed (Dkt. No. 2). The relief sought is denied.

So adjudged this 16th day of February, 2021.

_____
Kristine G. Baker
United States District Judge